# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silas Braxton,<br><br>        Plaintiff,<br><br>    v.<br><br>Eao Hay Tang, an Individual; Chak Por Tea, an Individual; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-03242-AB-PVC<br><br>*Hon. André Birotte, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 7, 2020<br>Trial Date:   Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") action against Defendants Eao Hay Tang, and Chak Por Tea, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: 11/25/2020

Hon. André Birotte, Jr.
United States District Judge
Central District of California